JOHN L. BURRIS ESQ., SBN 69888
BENJAMIN NISENBAUM, ESQ., SBN 222173
JAMES COOK, ESQ., SBN 300212
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANTI MARTINEZ, individually; Minor M.M., by and through his Guardian Ad Litem Corrina Mendoza; Minor T.M., by and through her Guardian Ad Litem Corrina Mendoza; Minor I.M., by and through his mother and Guardian Ad Litem, Vanessa Hernandez,<br><br>Plaintiffs,<br><br>vs.<br><br>CORIZON HEALTH, INC., a Delaware Corporation; HAROLD ORR, M.D.; TEHMINA KANWAL, M.D.; COUNTY OF ALAMEDA, a municipal corporation; SHERIFF GREGORY J. AHERN, in his individual and official capacities; and DOES 1-50, inclusive,<br>Defendants. | CASE NO.: 3:16-cv-00881 JSW<br><br><br>**STIPULATION TO EXTEND DEADLINE TO AMEND PLEADINGS AND ORDER** |

## **STIPULATION**

1.      WHEREAS, the deadline to Amend Pleadings in this action is currently set for September 16, 2016 (as reflected in Docket Entry No. 20, pertaining to Case Management Conference held on June 3, 2016).

2. WHEREAS, the parties have diligently pursued discovery. Specifically, Plaintiffs propounded written discovery on Defendants CORIZON HEALTH, INC. and COUNTY OF ALAMEDA on June 24, 2016, making their responses due July 25, 2016.

3. WHEREAS, Defendants have requested a two-week extension to respond to the written discovery propounded on them, making their responses due by August 8, 2016.

4. WHEREAS, Plaintiffs' counsel is currently scheduled for a two week trial starting on August 22, 2016 before Judge Breyer in *Sheehan v. City and County of San Francisco, et al.* Case No. C 09-03889 CRB.

5. WHEREAS, Plaintiffs anticipate the discovery responses from Defendants COUNTY and CORIZON HEALTH, INC. to be voluminous and require substantial time to review.

6. WHEREAS, thorough review of said discovery responses is necessary to determine the identities and roles of unnamed Defendant DOES, in order to prepare an Amended Pleading that properly identifies all unnamed Defendant DOES.

7. WHEREFORE, the parties stipulate and respectfully request a two-week extension of the deadline to Amend Pleadings, from September 16, 2016, to September 30, 2016.

IT IS SO STIPULATED.

**LAW OFFICES OF JOHN L. BURRIS**

Dated: July 25, 2016     ___/s/ *Ben Nisenbaum*___
                                  Ben Nisenbaum,
                                  Attorney for Plaintiffs

**THE LAW OFFICES OF NANCY E. HUDGINS**

Dated: July 25, 2016     ___/s/ *Matthew M. Grigg*___
                                  Matthew M. Grigg
                                  Attorney for Defendants

# ORDER

**GOOD CAUSE SHOWN,** the Court hereby grants the parties' Stipulation to extend the Deadline to Amend Pleadings by two weeks. Pursuant to this Order, the Last Day to Amend Pleadings is **September 30, 2016.**

**IT IS SO ORDERED.**

Dated: July 28, 2016

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT COURT