JOHN L. BURRIS ESQ., SBN 69888
BENJAMIN NISENBAUM, ESQ., SBN 222173
JAMES COOK, ESQ., SBN 300212
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs

Nancy E. Hudgins, SBN 85222
Matthew M. Grigg, SBN 195951
LAW OFFICES OF NANCY E. HUDGINS
1981 N. Broadway, Suite 210
Walnut Creek, CA 94596
925-906-0100

Attorneys for Defendants Alameda County, Corizon Health, Inc.,
Sheriff Ahern, Deputies Carriedo and Christiansen, and
Drs. Kanwal, Magat, and Orr

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANTI MARTINEZ, et. al,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CORIZON HEALTH, INC., a Delaware Corporation; et al. | CASE NO.: 3:16-cv-00881 JSW<br><br>**JOINT STATUS REPORT** |

## JOINT STATUS REPORT

As reflected in the Petition to Approve the Minors' Compromise and related documents filed by Plaintiffs today, the above-noted action is settled and ready for approval by the Court, pending the Court's determination of an issue that has arisen between the two Guardians Ad Litem. That issue is

reflected in the related documents submitted to the Court today.  A delay in working out the details of the settlement between the plaintiffs has been due to a delay in selecting structured settlement plans, and the issue between the Guardians Ad Litem.

Respectfully submitted,

Dated:  August 18, 2017              **The Law Offices of John L. Burris**


_____/s/_____
Ben Nisenbaum
Attorney for Plaintiffs


Dated:  August 18, 2017              LAW OFFICES OF NANCY E. HUDGINS

*/s/ Matthew M. Grigg*
Matthew M. Grigg
Attorneys for Defendants

JOINT STATUS REPORT