JOHN L. BURRIS ESQ., SBN 69888
BENJAMIN NISENBAUM, ESQ., SBN 222173
JAMES COOK, ESQ., SBN 300212
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANTI MARTINEZ, individually; Minor M.M., by and through his Guardian Ad Litem Corrina Mendoza; Minor T.M., by and through her Guardian Ad Litem Corrina Mendoza; Minor I.M., by and through his mother and Guardian Ad Litem, Vanessa Hernandez,<br><br>            Plaintiffs,<br>vs.<br><br>CORIZON HEALTH, INC., a Delaware Corporation; et al.<br><br>            Defendants. | CASE NO.: 3:16-cv-00881 JSW<br><br>**PLAINTIFF'S NOTICE OF MOTION TO APPOINT GUARDIAN AD LITEMS AND TO APPROVE MINORS' COMPROMISES AND [PROPOSED] ORDER**<br><br>TIME: 9:00 A.M.<br>DATE: September 29, 2017<br>Courtroom 5, Second Floor<br>Oakland Courthouse<br>1301 Clay Street, Oakland, CA<br><br>Honorable Jeffrey S. White |

## NOTICE OF MOTION

**TO ALL PARTIES AND COUNSEL OF RECORD:**

    PLEASE TAKE NOTICE that on September 29, 2017 at 9:00 A.M. or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Jeffrey S. White, United States District Court, Northern District of California, Oakland Division, Plaintiffs M.M., by and through his

Guardian Ad Litem Corrina Mendoza; Minor T.M., by and through her Guardian Ad Litem Corrina Mendoza, and Minor I.M., by and through his mother and Guardian Ad Litem, Vanessa Hernandez, (collectively, "Plaintiffs") pursuant to Federal Rules of Civil Procedure 17(c), will and hereby do move the Court for an order Appointing Guardian Ad Litems and Approving Minors' Compromises.

    The motion will be based on this notice of motion, the accompanying Plaintiffs' Petition to Appoint Guardian Ad Litems and to Approve Minors' Compromises, and [Proposed] Order filed on August 18, 2017, (Dkt. #60) under seal.

Respectfully submitted,

**LAW OFFICES OF JOHN L. BURRIS**

Dated: August 23, 2017

/s/ Benjamin Nisenbaum
Benjamin Nisenbaum
Attorney for Plaintiff