Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
Pamela Chung, SBN. 290690
LAW OFFICES OF NANCY E. HUDGINS
1981 N. Broadway, Ste. 210
Walnut Creek, CA 94596
925-906-0100
mmg@hudginslaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANTI MARTINEZ, et al., | Case No.: 16-00881 |
| Plaintiffs, | STIPULATED DISMISSAL OF CERTAIN CLAIMS |
| vs. | |
| CORIZON HEALTH, INC., et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(b), and the stipulation below by all parties, Plaintiffs hereby dismiss without prejudice all claims and allegations against Defendants Dr. Orr, Dr. Magat, Sheriff Ahern and Alameda County. The parties will bear their own costs and fees with respect to claims or portions thereof hereby dismissed.

SO STIPULATED:

Dated: September 5, 2017     LAW OFFICES OF JOHN L. BURRIS

/s/ Ben Nisenbaum
Benjamin Nisenbaum, Attorneys for Plaintiffs

Dated: September 5, 2017     LAW OFFICES OF NANCY E. HUDGINS

/s/ Matthew M. Grigg
Matthew M. Grigg, Attorneys for Defendants

*Martinez v. Corizon, et al.*
Stip. Re Dismissal Certain Claims          1          Case No. 16-00881
martinez/p/Stip Dismiss17h31