UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANTI MARTINEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH INC.,<br><br>Defendant. | Case No. 16-cv-00881-JSW<br><br>**NOTICE OF TENTATIVE RULINGS AND QUESTIONS FOR HEARING**<br><br>Re: Dkt. Nos. 60, 63, 66 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING QUESTIONS FOR THE HEARING SCHEDULED ON September 29, 2017, AT 9:00 a.m.. **This hearing will go forward on September 29, 2017, and the Court expects counsel for all remaining parties to appear.**

The Court does not wish to hear the parties reargue matters addressed in their briefs, and the parties shall not file written responses to this Notice of Questions. If the parties intend to rely on legal authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies of those authorities available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, with pin cites but without argument or additional briefing. Cf. N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority. **The Court suggests that associates or of counsel attorneys who are working on this case be permitted to address some or all of the Court's questions contained herein.**

The Court **tentatively grants** the motion to appoint guardians ad litem and to approve the minor's compromise, and the Court **tentatively denies** the motion for genetic testing. The parties

shall be prepared to address the following question at the hearing:

1. The Court understands how the settlement proceeds are to be distributed among the Plaintiffs. However, it is not clear to the Court whether resolution of the underlying issue addressed in the motion for genetic testing constituted a material term of the settlement agreement, *i.e.*, is the agreement between the Plaintiffs conditioned upon the Court's granting the request for genetic testing?

**IT IS SO ORDERED.**

Dated: September 22, 2017

_____
JEFFREY S. WHITE
United States District Judge