UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TANTI MARTINEZ, et al.,

    Plaintiffs,

    v.

CORIZON HEALTH INC.,

    Defendant.

Case No. 16-cv-00881-JSW

**ORDER GRANTING PETITION TO APPOINT GUARDIANS AD LITEM AND TO APPROVE MINOR'S COMPROMISE**

On August 16, 2017, Plaintiffs filed a motion to appoint guardians ad litem and to approve minor's compromise, which the Court denied without prejudice. On March 27, 2018, Defendant filed a motion asking the Court to revisit that ruling and grant the motion. For the reasons set forth in this Order, the Court finds good cause to grant Defendant's request.

The parties appeared for a status conference on April 20, 2018, and the issues that caused the Court to deny the motion without prejudice have been resolved, as set forth on the record. Accordingly, the Court finds good cause to appoint the proposed guardians ad litem and to approve the minor's compromise.

Accordingly, it is HEREBY ORDERED:

(1) Corrina Mendoza is hereby appointed as guardian ad litem for minor plaintiffs M.M., Jr. and T.M.[1]

(2) Vanessa Hernandez is hereby appointed as guardian ad litem for minor plaintiff I.M.

(3) The minor's compromise reflected in the parties' settlement agreement, filed under seal at Docket No. 76-1, is approved;

---

[1] The minor Plaintiff's full names are reflected in the settlement agreement that has been filed under seal.

(4) The parties shall file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) by no later than May 4, 2018.

**IT IS SO ORDERED.**

Dated: April 23, 2018

_____
JEFFREY S. WHITE
United States District Judge

2