Matthew M. Grigg, SBN 195951
  mmg@grigglegal.com
Pamela Chung, SBN 290690
  pc@grigglegal.com
LAW OFFICES OF MATTHEW M. GRIGG
1700 N. Broadway, Ste. 360
Walnut Creek, CA 94596
510-703-4576

Attorneys for Defendants

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TANTI MARTINEZ, et al., | Case No.: 16-00881 |
| Plaintiffs, | **STIPULATED DISMISSAL** |
| vs. | |
| CORIZON HEALTH, INC., et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(b), and the stipulation below by all parties, Plaintiffs hereby dismiss the lawsuit with prejudice as to all defendants except Corizon Health, Inc. As to Corizon this is a conditional dismissal with prejudice. The dismissal as to Corizon will be deemed effective as of May 30, 2018, unless Plaintiffs give notice before then that they have not received the consideration that is a prerequisite to final resolution.

SO STIPULATED:

Dated: May 1, 2018                LAW OFFICES OF JOHN L. BURRIS

                                  */s/ Ben Nisenbaum*
                                  Benjamin Nisenbaum, Attorneys for Plaintiffs

Dated:  May 1, 2018               LAW OFFICES OF NANCY E. HUDGINS

                                  */s/ Matthew M. Grigg*
                                  Matthew M. Grigg, Attorneys for Defendants